AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

INLAND NORTHWEST COUNCIL BOY
SCOUTS OF AMERICA,

          Plaintiff,

          v.

THE TRAVELERS COMPANIES, INC.,

          Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-068-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment of dismissal without prejudice of the Amended Complaint (ECF No. 1-1) and the claims therein is entered. File closed.

July 5, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer